No. 68131.—Orientex, Ltd., and Wall Coverings Importers, Inc. *v*. United States, protests 62/14980 and 62/14988 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to

those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.